UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 25 Cr. ___ |
| GÖKÇE GÜVEN, | |
| Defendant. | **25 CRIM 5 9 2** |

## COUNT ONE
### (Wire Fraud)

The Grand Jury charges:

1.      From at least in or about 2024, up to and including at least in or about November 2025, GÖKÇE GÜVEN, the defendant, was the founder and Chief Executive Officer of Kalder Inc. ("Kalder"). Kalder was a technology company that marketed an online rewards platform designed to help businesses create their own branded rewards programs. GÜVEN defrauded investors in Kalder, including by making material misrepresentations regarding Kalder's revenue and business partnerships. Through her scheme, GÜVEN caused investors to transmit approximately $7 million to Kalder through two bank accounts that Kalder maintained at Mercury Technologies Inc. ("Mercury") and over which GÜVEN exercised control.

### Statutory Allegations

2.      From at least in or about 2024, up to and including at least in or about November 2025, in the Southern District of New York and elsewhere, GÖKÇE GÜVEN, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by means of wire, radio, and television

communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, to wit, GÜVEN engaged in a scheme to defraud investors in Kalder, including by making false and misleading statements to current and prospective investors regarding Kalder's revenue and business partnerships in order to obtain money from those investors, and sent and received, and caused others to send and receive, electronic communications or financial wires to and from the Southern District of New York and elsewhere, in furtherance of that scheme.

(Title 18, United States Code, Sections 1343 and 2.)

## **FORFEITURE ALLEGATIONS**

3.      As a result of committing the offense alleged in Count One of this Indictment, GÖKÇE GÜVEN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property:

a.      Any and all monies, assets, and funds contained in the Mercury checking account bearing account number 202217285146, held in the name of Kalder; and

b.      Any and all monies, assets, and funds contained in the Mercury treasury account bearing account number 8IS-06631-12 RR ZXB, held in the name of Kalder.

2

## Substitute Assets Provision

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third person; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

Jay Clayton
JAY CLAYTON
United States Attorney

3