**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-22-25

December 20, 2025

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Gökçe Güven,**
              **25 Cr. 592 (LAK)**

Dear Judge Kaplan:

      The Government respectfully writes to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the initial pretrial conference, which is currently scheduled for January 6, 2026, at 12:00 p.m.

      On November 27, 2025, the defendant was arrested and charged by complaint with wire fraud and securities fraud. (Dkt. 1). On November 29, 2025, the defendant was presented before the Honorable Valerie Figueredo, United States Magistrate Judge, and released on bail. (Dkt. 3). On December 18, 2025, a grand jury in this District returned an Indictment, 25 Cr. 592 (LAK), charging the defendant with one count of wire fraud. (Dkt. 6). That same day, this Court referred the defendant's arraignment to Magistrate Court, and scheduled the initial pretrial conference for January 6, 2026, at 12:00 p.m. The parties have scheduled the arraignment for December 22, 2025.

      The Government respectfully moves to exclude time under the Speedy Trial Act until January 6, 2026. This exclusion of time will allow for the parties to negotiate the terms of a proposed protective order, and for the Government to begin the production of discovery materials to the defendant.

      The Government understands that the defendant objects to the exclusion of time under the Speedy Trial Act. The Court, however, may exclude time over the defendant's objection. *See, e.g., United States v. Agostini*, 279 F. Supp. 2d 276, 279 (S.D.N.Y. 2003) (excluding time under the Speedy Trial Act over defendant's objection). Here, the initial pretrial conference was scheduled for more than two weeks after the filing of the Indictment, likely due to the upcoming Christmas and New Years holidays. The Government respectfully submits that the Speedy Trial clock should not run until the parties have had the opportunity to appear before the Court and address an appropriate schedule for this case.

For the reasons set forth above, the Government respectfully submits that the ends of justice served by this brief exclusion of time outweigh the best interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Alexandra Rothman*
Alexandra Rothman
Assistant United States Attorney

cc: Scott Hartman, Esq. (By ECF)

Denied.

SO ORDERED
LEWIS A. KAPLAN, USDJ

12/22/25