## quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

January 5, 2026

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Gökçe Güven*, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

    I write on behalf of my client, Ms. Gökçe Güven, to respectfully request that the Court schedule a speedy trial in this matter, ideally the last week in February or the first week in March.

    Ms. Güven is mindful of the Court's demanding schedule and does not make this request lightly. While she is, of course, entitled to trial within 70 days of the filing of the indictment, *see* 18 U.S.C. § 3161(c)(1), there are particular circumstances in this case that make an expedited trial especially important to her interests and those of her company, Kalder, Inc., not only because Ms. Guven is innocent of the charges.

    Ms. Güven was arrested as she returned home to New York from Turkey. The investigation leading to her indictment was entirely covert prior to her arrest, affording her no opportunity to prepare herself or her business for the significant collateral consequences that have followed. We understand that the investigation was prompted by a complaint from a former employee with whom Kalder was engaged in a pre-litigation compensation dispute.

    Ms. Güven is charged with allegedly making misrepresentations to investors in connection with Kalder's seed-stage investment round. Kalder operates in the customer loyalty sector, helping companies and brands establish rewards systems that enable their customers to earn valuable credits through everyday purchases such as coffee and gasoline.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

At the time of Ms. Güven's arrest, nearly $6 million of the approximately $6.8 million she raised during that seed round remained in Kalder's bank accounts. The Government has seized these funds as allegedly forfeitable property. This seizure has severely impeded Kalder's ability to operate, pay business expenses, and meet employee payroll obligations.

The seizure has also prevented Kalder from paying its own lawyers for the cost of compliance with the Government's subpoena and effectively prevented Ms. Güven from obtaining advancement of her legal fees—a right to which she is statutorily and contractually entitled. All remaining company funds and incoming revenue must now be devoted to covering employee salaries and essential business expenses, which continue to exceed current cash flow.

Ms. Güven's bail conditions further compound these difficulties. She is prohibited from having direct contact with existing or potential investors, making it extremely difficult to manage Kalder's day-to-day operations. The company has only a handful of employees, and Ms. Güven is its sole senior executive. She is barred from raising new capital, and the cloud of the indictment threatens to drive away existing and prospective customers who could provide valuable sources of revenue.

Ms. Güven seeks a prompt trial so that she can clear her name and return to the work of managing and building her company for the benefit of her investors, employees, and customers. Each day of delay imposes additional burdens on her ability to preserve what she has worked so hard to create.

Thank you for your consideration of this request. We remain available to work with the Court and the Government to accommodate any scheduling needs.

Respectfully submitted,

Scott Hartman

cc:   Alexandra Rothman,
         Assistant United States Attorney (by ECF)