USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                         25-cr-0592 (LAK)

GÖKÇE GÜVEN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government having represented that it intends to file a motion to exclude time under the Speedy Trial Act, it is hereby ordered that the period of delay resulting from prompt disposition of such motion be excluded in computing the time within which the trial in this case must commence.[1] The period of delay shall be measured by the time from which the government files its motion until the earlier of (a) the Court disposes of the motion or (b) thirty days after defendant files her opposition.[2] Excluding such time is not only statutorily mandated, it serves the ends of justice for the reasons stated on the record on January 6, 2026.[3]

        SO ORDERED.

Dated:       January 6, 2026

                                       Lewis A. Kaplan
                                      United States District Judge

---

[1] 18 U.S.C. § 3161(h)(1)(D); *see United States v. Tinklenberg,* 563 U.S. 647, 653 (2011).

[2] 18 U.S.C. § 3161(h)(1)(H); *see Henderson v. United States,* 476 U.S. 321, 329, 331 (1986); *United States v. Bufalino,* 683 F.2d 639, 643-45 (2d Cir. 1982).

[3] *See* 18 U.S.C. § 3161(h)(7)(A).