AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cr-00592-LAK-1 |
| Gökçe Güven | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gökçe Güven                                                                                                    .

Date:      01/12/2026                                    /s/Danielle R. Sassoon
                                                        *Attorney's signature*

                                              Danielle R. Sassoon | 5178892
                                              *Printed name and bar number*

                                              Clement & Murphy, PLLC
                                              706 Duke Street
                                              Alexandria, VA 22314
                                              *Address*

                                              danielle.sassoon@clementmurphy.com
                                              *E-mail address*

                                              (202) 742-8900
                                              *Telephone number*

                                              *FAX number*