

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 16, 2026

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Gökçe Güven*, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

In response to the Court's Order of January 15, 2026 directing the Government to recaption its motion papers filed under seal, the Government respectfully advises the Court that it is submitting replacement cover pages for its motion and accompanying declaration in hard copy to the Court's chambers.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
    Allison C. Nichols
    Alexandra N. Rothman
    Assistant United States Attorneys
    (212) 637-2366/-2580

cc: All Counsel (by ECF)