UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2026
```

-against-                                              25-cr-0592 (LAK)

GÖKÇE GÜVEN,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Kalder Inc. ("Kalder"), a non-party of which defendant – at least until very recently – was the chief executive officer, the majority shareholder, and the sole director – has refused to comply with this Court's March 2 order compelling the company to comply with a government subpoena. The government seeks to hold Kalder and the responsible corporate representatives in contempt. Kalder, however, has not identified the individuals responsible for its decision to defy the order.

    As an initial step, the Court will hold a hearing on March 18, 2026, at 10 a.m., to determine the identity or identities of those who are responsible for or participated in the decision not to comply with the order, the authority of that person or those persons to do so, and defendant's role, if any, in that decision, and to ensure that the appropriate individuals have read the order and understand the consequences of being held in civil contempt.

    In furtherance of the foregoing, Kalder, at or before 3 p.m. on March 16, 2026, shall provide to the government the names and dates of appointment or election of Kalder's current directors (if any), such corporate documents as record or effectuate their appointment or election to those positions, the names and titles of each of Kalder's executive officers, and the date of appointment to the position each of them now holds.

    Kalder shall require the presence at the hearing of each of the persons described in the preceding paragraph.

    SO ORDERED.

Dated:  March 13, 2026

                       /s/ Lewis A. Kaplan
                       Lewis A. Kaplan
                       United States District Judge