SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2426
DIRECT FAX
(917) 777-2426
EMAIL ADDRESS
ANDREA.GRISWOLD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

March 23, 2026

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *United States v. Gökçe Güven*, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

   We write on behalf of our client, Gökçe Güven, to respectfully request an adjournment of the conference currently scheduled for Wednesday, March 25, 2026 to Thursday, March 26.

   At the Court's conference on February 10, 2026, defense counsel requested that the conference be set for Thursday. When the conference was then set for March 25, defense counsel mistakenly understood that to be a Thursday, and not a Wednesday. (Feb. 10, 2026 Tr. at 11:15-20 ("Mr. Hartman: Actually, Judge, would it be possible to do later that week, Thursday or Friday? The Court: What's Thursday? The Deputy Clerk: Yeah, we have a couple of things, but we could do it. The Court: 10:00 on March 25th.").) Defense counsel have longstanding plans to be out of the district on Wednesday for work-related travel and therefore respectfully requests that the conference be rescheduled for Thursday, March 26.

   The Government does not object to this adjournment request and is available on March 26 in the afternoon.

2

Respectfully submitted,

/s/ Andrea Griswold

Andrea Griswold, *Skadden, Arps, Slate, Meagher & Flom LLP*
Scott Hartman, *Quinn Emanuel Urquhart & Sullivan, LLP*
Danielle Sassoon, *Clement & Murphy, PLLC*

cc:    Alexandra Rothman
       Allison Nichols
              Assistant United States Attorneys (by ECF)