Clement & Murphy
PLLC

March 25, 2026

**VIA CM/ECF**

Hon. Lewis A. Kaplan
District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Guven*, 1:25-cr-0592

Dear Judge Kaplan:

      Due to a technical error, my former U.S. Attorney's Office address and current address at Clement & Murphy, PLLC are both listed on the docket.  I am currently employed in private practice at Clement & Murphy.  The Clerk's Office has informed me that they cannot take action to remove the outdated U.S. Attorney's Office address without a court order to that effect.  I thus respectfully request that the court strike my U.S. Attorney's Office address from the docket.

      Respectfully,

      s/Danielle R. Sassoon
      Danielle R. Sassoon
      CLEMENT & MURPHY, PLLC
      767 Fifth Avenue, 15th Floor
      New York, NY 10153
      (202) 742-8900
      danielle.sassoon@clementmurphy.com

      *Counsel for Defendant*

Cc:  All Counsel of Record

---