

**FRIEDMAN KAPLAN**

RECEIVED APR 20 2026 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-26

**JARED LENOW**
jlenow@fklaw.com
212.833.1138

April 20, 2026

**VIA EMAIL**
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312
KaplanNYSDChambers@nysd.uscourts.gov

Re:  *United States v. Gokce Guven*, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

I write on behalf of Gonca Guven, the sister of the defendant and a bail co-signer in this matter, to respectfully request that the Court order pretrial services to temporarily return Gonca's passport (which was surrendered as part of the bail conditions set in this case).

The reason for this request is to enable Gonca to apply for a REAL ID compliant New York State identification document. Gonca was able to secure a REAL ID application appointment for this coming Wednesday at 10 a.m. in downtown Manhattan, and so we would request that the passport be returned to her tomorrow, and that she be permitted to return it to pretrial services by this Thursday.

Both the Government and pretrial services consent to this request.

Respectfully submitted,

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP

By: _____
Jared Lenow

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ
4/21/26

- 2 -

Cc (by email):

AUSA Alexandra Rothman, Esq.
AUSA Allison Nichols, Esq.
U.S. Pretrial Services Officer Akil King
Scott Hartman, Esq.
Danielle R. Sassoon, Esq.
Andrea Griswold, Esq.