UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

         - v. —                                   :

GÖKÇE GÜVEN,                                :

           Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

S3 25 Cr. 592 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/26

WHEREAS, with the defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on May 15, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
           May 26, 2026

                             _____
                             THE HONORABLE LEWIS A. KAPLAN
                             UNITED STATES DISTRICT JUDGE