USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

  -against-                                                25-CR-592-01(LAK)

Gökçe Güven,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Order

      The petitions filed by third parties claiming an interest in forfeited property are referred to Magistrate Gary Stein pursuant to 18 U.S.C. § 3664(d)(6) and 28 U.S.C. § 636(b)(3). Magistrate Judge Stein shall conduct such proceedings, including any evidentiary hearings, as he may deem appropriate. He shall make or recommend findings of fact as he deems appropriate, and recommend conclusions of law and a disposition of the petitions subject to appropriate review by the Court

Dated: August 3, 2026

_____
Lewis A. Kaplan
United States District Judge