**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

GÖKÇE GÜVEN,

Defendant.

-----------------------------------------------------------------------X

**25 CR 592 – 01 (LAK)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court has reviewed the petitions filed by third-party claimants Cem Yildirim and Tunc Yildirim (Dkt. Nos. 72 & 73) for an ancillary hearing pursuant to 21 U.S.C. § 853(n)(2) in connection with the forfeiture of certain specific property as provided for in the Consent Preliminary Order of Forfeiture in this action (Dkt. No. 65). Under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure, a court may dismiss such a petition for lack of standing, for failure to state a claim, or for any other lawful reason. As such, the United States shall file a letter stating whether it intends to move to dismiss these petitions and, if so, proposing a briefing schedule, by no later than Wednesday, August 19, 2026.

**SO ORDERED.**

DATED: New York, New York
August 12, 2026

The Honorable Gary Stein
United States Magistrate Judge