Case 1:25-cr-00592-LAK Document 79 Filed 08/24/26 Page 1 of 1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2426
DIRECT FAX
(917) 777-2426
EMAIL ADDRESS
ANDREA.GRISWOLD@SKADDEN.COM

August 24, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/26/2026

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Gökçe Güven*, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

We write on behalf of our client, Gökçe Güven, to respectfully request an adjournment of her sentencing currently scheduled for September 3, 2026 to October 8 or 9, 2026 due to defense counsel's scheduling conflicts. The Government consents to this request. This is the defense's first request for an adjournment.

**Granted. Sentencing is adjourned until October 8, 2026, at 11:00 a.m.**

SO ORDERED

Lewis A. Kaplan, USDJ

Dated: August 26, 2026

Respectfully submitted,

/s/ Andrea Griswold

Andrea Griswold, *Skadden, Arps, Slate, Meagher & Flom LLP*
Scott Hartman, *Quinn Emanuel Urquhart & Sullivan, LLP*
Danielle Sassoon, *Clement & Murphy, PLLC*

cc: Alexandra Rothman
Allison Nichols
Assistant United States Attorneys (by ECF)