# Exhibit A

Birsen Baybogan,
Adana, Turkey
July 14, 2026

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Gökçe Güven**

Dear Judge Kaplan,

My name is Birsen Bayboğan. I am Gökçe's grandmother. I am in my eighties, and I must begin with a confession, because without it you cannot understand what this letter is. I never went to school. For most of my life I could not read a street sign, a medicine bottle, or a letter from my own family. I carried that shame quietly for eighty years, the way women of my generation carried everything — quietly. It was my granddaughter who ended it.

She went down into our basement and came back up with her own first-grade schoolbooks — the same worn books from which she had learned her own letters as a little girl — and she put them on the table in front of me. She sat beside me, hour after hour, an old woman and a child's primer, and she never once made me feel old, or slow, or ashamed. Letter by letter, the alphabet became mine.

Your Honor, I tell you this first because every word you are reading right now is her work. She gave me these words. I am using them now to speak for her.

To understand what she is to me, you must know what my life was before her. My husband was killed due to political climate of those years in Turkey, when my daughter, Gökçe's mom,  was two years old. As a 24 year old woman with no job I worked in the fields to support my kids. Then I lost my son to another crime. A mother who buries her child does not heal; she only learns to keep walking. I raised my family alone, in hardship, and I made a quiet peace with the idea that life takes and does not give back.

Then Gökçe was born, and life gave something back. I cared for her from her first day in this world until she was five years old. I fed her, I bathed her, I walked her to sleep in my arms. Years later, when she was in high school, we lived under the same roof again when she started boarding school at the age of thirteen — but by then something had changed. The child I had raised had begun to take care of me.

I want the Court to know what that looked like, because it is not one story; it is a whole life. I belong to a generation of women who were not welcomed at the sea. All my life I stood on the shore and watched. When she was merely seven , it was Gökçe who took my hand, walked into the water with me, and did not let go — and for the first time in my life, I swam. I ask you to picture that: an old woman in the sea for the first time, laughing, held up by her granddaughter. When she was away at boarding school and knew that I was lonely, she did not send word — she came home, she signed me up to classes and she sat beside me at my Quran lessons so I would build a

community , learn and not sit there alone. She put clay in my hands — hands that had spent a lifetime working and mourning on the cotton fields of Adana— and took me to ceramics classes, so they would make something instead of only grieving. And she taught me to read. Who does these things? Where does a young girl find this inner power? She always had it — this energy to teach, to lead, to give. She never waited to be asked. She saw a need and she moved toward it.

Then came the worst days of my old age, and it was my turn to be held up in the water. When I was diagnosed with breast cancer, I was terrified. Gökçe did not hesitate. She flew back from New York immediately. She and her mother searched until they found the best doctor for me. She paid the costs of my operation herself. She still financially and emotionally supports my care which was deeply affected by the current case. A year ago, she stayed beside me before my hopefully last surgery, when I was most afraid, and after it, when I was weakest. I am still recovering, but the doctors say the illness can return, and if it does, I know whose hand I will reach for. I depend on her — financially, socially, emotionally — the way an old tree depends on its deepest root and now she is away from me and away from home. I am blessed with two daughters and with grandchildren, and I love them all. But it is Gökçe who brought me back to life, back among people, back to myself. That is not a figure of speech. I mean it exactly: I live today, as myself, because of her.

My doctors forbade me to fly. I came to United States anyway for her plea. When she stood in your courtroom to enter her plea, I was there, because in our family this is the law we live by: I am always there for her, and she is always there for me. She has never once broken that law. Neither will I.

I know why this letter is being written. I know that my granddaughter has pleaded guilty and that you must decide her sentence. I am an old woman from another country, and I do not pretend to understand American law. I do not write to excuse anything — she herself would not allow me to. I write only so that when you decide, you are deciding about the whole of her: not one chapter, but the entire book. I have read that book from its first page. I know how it was written, because I was there.

She reminds me of my son. She reminds me of my husband. She reminds me of everything that was taken from me before she was born — and she is the proof that God gives some of it back. I am in my eighties. I do not count what remains of my time in years; I count it in the days I have with her. In every way one person can hold up another, she holds me up. I ask you, with everything I have left, in these words she taught me to write from her own childhood books: please do not take her from me. I have already buried a husband and a son. She is what I have. She is my rock.

With deepest respect,

Birsen Baybogan
Grandmother of Gökçe Güven

Email: birsenbaybogan@gmail.com