# Exhibit B

ACIBADEM

Med Report

| | | | |
|---|---|---|---|
| **Hasta Numarası :** | 4152 5481 | **Şube :** | Acıbadem Hst. Altunizade |
| **Hasta Adı Soyadı :** | BİRSEN BAYBOĞAN | **Rapor No :** | 3415510555 |
| **Yaş / Cinsiyet :** | 04.06.1945 / Kadın | **Onay Tarihi :** | 18.09.2026 12:43:04 |
| **Kurum :** | KURUMSUZ HASTA - AYAKTA-YATAN HASTA ÖDER (ATZ) | **Servis :** | Meme Kliniği |
| | | **Doktor :** | Prof.Dr. AYKUT SOYDER |

**MEDICAL CERTIFICATE / PHYSICIAN'S LETTER**

**Date:** September 18, 2026

**To Whom It May Concern,**

I hereby confirm that **Ms. Birsen Bayboğan**, an 81-year-old patient, is under my medical care and regular oncological follow-up at **Acıbadem Altunizade Hospital, Istanbul, Türkiye**, where I practice as an **Oncologic Breast Surgeon**.

Ms. Bayboğan is being followed for a history of **breast cancer**. She underwent **breast-conserving surgery and sentinel lymph node biopsy** on **October 30, 2024**. Following surgery, she received adjuvant radiotherapy consisting of **40 Gy in 15 fractions to the right breast**, followed by an additional **12.5 Gy in 5 fractions to the tumor bed**.

She is currently under a regular oncological surveillance program. In view of her age and medical history, continued and timely medical follow-up is required.

Her next scheduled oncological assessment is planned at our hospital on **October 21, 2026**. This appointment forms part of her established **three-monthly follow-up schedule** and is expected to include:

- Clinical examination;
- Appropriate imaging studies;
- Blood tests; and
- Assessment of her ongoing medical management and treatment.

The appointment was originally scheduled for **October 28, 2026** and was brought forward to **October 21, 2026** at the request of the patient's family. An earlier appointment is not medically feasible without disrupting her established follow-up schedule.

Based on the current medical follow-up plan, **I anticipate that Ms. Bayboğan may be medically cleared for travel beginning October 22, 2026, following completion of her scheduled oncological assessment on October 21, 2026.**

This certificate has been issued at the request of the patient and her family for the purpose of documenting her medical status and planned medical follow-up in relation to her intended travel to the **United States of America in October 2026**.

Should further medical information or clarification be required, the undersigned physician may be contacted through the hospital using the contact details provided below.

Sincerely,

**HEKİM-KAŞE-İMZA**
Prof.Dr. AYKUT SOYDER

ACIBADEM

Med Report

| | | | |
|---|---|---|---|
| **Hasta Numarası :** | 4152 5481 | **Şube :** | Acıbadem Hst. Altunizade |
| **Hasta Adı Soyadı :** | BİRSEN BAYBOĞAN | **Rapor No :** | 3415510555 |
| **Yaş / Cinsiyet :** | 04.06.1945 / Kadın | **Onay Tarihi :** | 18.09.2026 12:43:04 |
| **Kurum :** | KURUMSUZ HASTA - AYAKTA-YATAN HASTA ÖDER (ATZ) | **Servis :** | Meme Kliniği |
| | | **Doktor :** | Prof.Dr. AYKUT SOYDER |

Meme Kliniği

67336 /

© ACIBADEM SAĞLIK HİZMETLERİ VE TİC. A.Ş. tarafından 18.09.2026 12:43:24 itibariyle basılmıştır.
www.acibadem.com.tr

Bu rapor e-imza ile onaylanmıştır.