Case 1:25-cr-00592-LAK Document 83 Filed 09/18/26 Page 1 of 2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2426
DIRECT FAX
(917) 777-2426
EMAIL ADDRESS
ANDREA.GRISWOLD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-22-26

September 18, 2026

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Gökçe Güven*, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

We write on behalf of our client, Gökçe Güven, to respectfully request an adjournment of her sentencing currently scheduled for October 8, 2026 to October 23, 2026, or otherwise as soon as possible thereafter, to allow Ms. Güven's grandmother, Birsen Bayboğan, to attend.

As we will explain in our sentencing submission, Ms. Güven and Ms. Bayboğan lived together for many of Ms. Güven's transformative years and are very close. (See Ex. A.) Ms. Bayboğan traveled to New York from Turkey for Ms. Güven's plea and she would like to do the same for Ms. Güven's sentencing. Ms. Bayboğan is 81 years old and is currently being treated for breast cancer. Her doctor has cleared her to travel to New York after completing a final oncology appointment, which is scheduled for October 21. (See Ex. B.) It would not only be against medical advice but also taxing for Ms. Bayboğan to travel to and from New York before her appointment. It is very important for Ms. Güven and Ms. Bayboğan that Ms. Bayboğan attend the sentencing.

The Government objects to this request and notes the Government is unavailable the weeks of October 19 and 26. This is the defense's second request for an adjournment. The defense's first request for an adjournment was due to counsel's professional scheduling conflicts.

Adjourned until 10/29/26 at 4 pm

SO ORDERED

LEWIS A. KAPLAN, USDJ 9/21/26

Case 1:25-cr-00592-LAK Document 83 Filed 09/18/26 Page 2 of 2

Respectfully submitted,

/s/ Andrea Griswold

Andrea Griswold, *Skadden, Arps, Slate, Meagher & Flom LLP*
Scott Hartman, *Quinn Emanuel Urquhart & Sullivan, LLP*
Danielle Sassoon, *Clement & Murphy, PLLC*

cc: Alexandra Rothman
Allison Nichols
Assistant United States Attorneys (by ECF)