October 15, 2026

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Gökçe Güven, 25 Cr. 592 (LAK)

Dear Judge Kaplan:

We write on behalf of our client, Gökçe Güven, in connection with our sentencing memorandum and exhibits to respectfully request that the Court seal all currently redacted information in our memorandum and exhibits. Many of our redactions fall within the eleven categories outlined in Your Honor's Individual Practices and therefore do not require application to the Court. However, some of our redactions fall outside of those eleven categories. The redactions on pages 2-3, 5, and 9 relate to the subject of domestic abuse and likewise warrant redaction. See United States v. Sattar, 471 F. Supp. 2d 380, 388 (S.D.N.Y. 2006) ("There is no reason to believe that the details of these highly-personal family matters have otherwise been disclosed, and the disclosure of these matters would not promote any of the values associated with public scrutiny of the sentencing process.").

For the reasons set forth above, we respectfully request that the Court seal the redacted portions of our sentencing memorandum and exhibits.

Granted.

10/19/26